IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **BRANDON WILLARD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NO. 3:19-cv-00823** |
| v. | ) | |
| | ) | **JUDGE CAMPBELL** |
| **SARATH BACHALI, D.D.S., et al.,** | ) | **MAGISTRATE JUDGE FRENSLEY** |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 30), which was filed on July 22, 2021. Through the Report and Recommendation, the Magistrate Judge recommends that this case be dismissed without prejudice for Plaintiff's failure to prosecute and that the pending motion for summary judgment (Doc. No. 23) be denied as moot. Plaintiff has not responded in opposition to motion for summary judgment or the Magistrate Judge's Order to Show Cause (Doc. No. 28). Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, this action is **DISMISSED** without prejudice. The pending motion for summary judgment is **DENIED** as **MOOT**. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE